UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA A. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ARRON DOLAN,<br><br>    Defendant. | NO. 1:14-cv-03128-SAB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING ACTION |

Before the Court is Magistrate Judge Rodger's Report and Recommendation to deny Ms. Robinson *in forma pauperis* status and to dismiss this action, ECF. No. 5. A copy of the Report and Recommendation was mailed to Ms. Robinson at the Yakima County Jail, but returned as undeliverable on December 5, 2014. Ms. Robinson has not kept the Court apprised of her current address and has filed nothing further in this action.

Accordingly, **IT IS HEREBY ORDERED**:

1. There being no objections, Magistrate Judge Rodger's Report and Recommendation, ECF No. 5, is **ADOPTED in its entirety.**

2. Having failed to show cause why she should not be precluded under 28 U.S.C. § 1915(g) from proceeding in this action without prepayment of the $400.00 filing fee ($350.00 filing fee, plus $50.00 administrative fee), the application to proceed *in forma pauperis,* ECF No. 2 is **DENIED.**

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING  *IN FORMA PAUPERIS* APPLICATION AND DISMISSING ACTION** ~ 1

1       3.  The above-cause of action is **DISMISSED** without prejudice for failure
2 to comply with the filing fee requirements of 28 U.S.C. § 1914.
3       **IT IS SO ORDERED.** The District Court Executive is hereby directed to
4 file this Order, provide copies to Plaintiff, and close the file.
5       **DATED** this 11th day of December, 2014.



                        Stanley A. Bastian
                    United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING** *IN FORMA PAUPERIS* **APPLICATION AND DISMISSING ACTION** ~ 2